RECEIVED
IN LAKE CHARLES, LA
OCT 11 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RANDY HARRIS<br>#23373-077 | CIVIL ACTION NO. 2:11-cv-1486<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| BUREAU OF PRISONS, ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 14] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein [Doc. 19], and having determined that the findings are correct under applicable law; it is

**ORDERED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous.

Lake Charles, Louisiana, this __10__ day of October, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE